Arden J. Olson
arden.olson@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858 | Fax: 503.224.0155

*Attorneys for Derek J. Ashton*

IN THE UNITED STATES DISTRICT COURT

OF THE STATE OF OREGON

| | |
|---|---|
| In the Matter of DEREK J. ASHTON<br>OSB No. 871552 | Case No. 3:26-ad-00010<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

Derek J. Ashton, through his undersigned attorneys, responds to the Order to Show Cause in this matter as follows:

1. Mr. Ashton does not intend to argue that reciprocal discipline should not be imposed by this court. He has been serving his 30-day suspensions from the Oregon and Washington bars, which both began on July 20, 2026, in the State of Florida, where he has been doing nothing by way of practicing law. He has no matters currently pending before this court and apologizes to the court that it did not occur to him to deal with his admission to this court separately.

//

//

//

//

2. He therefore requests that his reciprocal suspension from this court be imposed immediately, if possible back to the date of the Order to Show Cause, which he received only today.

Dated: August 17, 2026

MILLER NASH LLP

*s/Arden J. Olson*

Arden J. Olson
arden.olson@millernash.com
Phone: 503.224.5858 | Fax: 503.224.0155

Attorneys for Derek J. Ashton